## BURGIN V. COCKRELL.

(Decided Jan. 13, 1910.)

APPEAL from Pickens Circuit Court.

Heard before Hon. A. H. ALSTON.

No counsel marked for appellant.

CURRY & ROBINSON, for appellee.

Per curiam.—Affirmed on certificate.

## CALDWELL V. THE STATE.

(Decided Jan. 18, 1910.)

APPEAL from Perry Probate Court.

Heard before Hon. J. B. SHIVERS.

W. F. HOLT, for appellant.

ALEXANDER M. GARBER, Attorney General, for the State.

DOWDELL, C. J.—Bail allowed.

HARALSON, SIMPSON and DENSON, JJ., concur.

## CARROLL V. BINGHAM & CO.

(Decided Jan. 13, 1910.)

APPEAL from Randolph Circuit Court.

Heard before Hon. S. L. BREWER.

R. J. HOOTEN, for appellant.

HEFLIN, BURNS & BYNUM, for appellee.

Per curiam.—Dismissed for want of prosecution.

## CONNELL V. THE STATE.

(Decided Jan. 13, 1910.)

APPEAL from Jefferson Criminal Court.

Heard before Hon. S. L. WEAVER.

No counsel marked for appellant.

ALEXANDER M. GARBER, Attorney General, for the State.

EVANS, J.—There is no bill of exceptions and no error in the record. Affirmed.

DOWDELL, C. J., and ANDERSON and SAYRE, JJ., concur.